## IN THE COURT OF COMMON PLEAS OF BUTLER COUNTY, PENNSYLVANIA

SYNDIKOS INVESTMENTS, LLC,  :   **CIVIL DIVISION**

        Plaintiff,  :   **CASE NO.** AD 22-10744

        vs.  :

MELONIE L. KOTCHEY &  :
KENNETH JAMES SCHULTZ, JR.,  :

        Defendants.  :

        :

### ORDER

AND NOW, this _30TH_ day of _SEPTEMBER_____, 2022, it is hereby

ADJUDGED, ORDERED, and DECREED that the Emergency Motion of Plaintiff

Syndikos Investment, LLC, for Leave to Amend Complaint and Preliminary Injunction is

GRANTED.

The proposed Amended Complaint attached as Exhibit C to Plaintiff's Emergency

Motion is deemed filed as of this date. Plaintiff shall serve a copy of that Amended

Complaint upon all Defendants pursuant to Pa.R.C.P. No. 440 forthwith. Defendants

must file responsive pleadings to that Amended Complaint on or before the date twenty (20)

days after the date of this Order.

By 5:00 p.m. on Saturday, October 1, 2022, Defendant Kotchey is ORDERED to:

1.      provide Plaintiff with her most recent set of administrative credentials to

the Bluehost account through which Plaintiff established, and currently

operates, the domains at which its primary commercial website and email

server are operated (i.e., <www.compassionatecertificationcenters.com>

and <cccenters.org>).

2.     provide Plaintiff any other administrative credentials to any accounts

       necessary in the operation of the domains listed above, Plaintiff's primary

       commercial website, or Plaintiff's email server.

3.     not further interfere with Plaintiff's electronic business systems, including

       those items described above.

Pursuant to Pa.R.C.P. 1531(b)(2), Plaintiff shall deposit with the Office of the

Prothonotary of Butler County legal tender in the amount of *ONE THOUSAND*

*($1000.00) DOLLARS TOGETHER WITH.*

*THE HEARING ON THE PRELIMINARY INJUNCTION*

*IS SCHEDULED FOR OCTOBER 6, 2022, AT 2:00 O'CLOCK*

*P.M. IN COURTROOM #7 OF THE BUTLER COUNTY COURTHOUSE.*

BY THE COURT:

*[signature]*

*SERVICE OF THIS EMERGENCY MOTION AND*

*ORDERS TO BE EFFECTUATED UPON THE DEFENDANTS*

*VIA DEPUTIZED SERVICE THROUGH THE*

*SHERIFF'S OFFICE OF BUTLER COUNTY PENNSYLVANIA.*



SYNDIKOS INVESTMENTS, LLC.

VS.

MELONIE L. KOTCHEY, KENNETH JAMES SCHULTZ, JR.

**IN THE COURT OF COMMON PLEAS
OF BUTLER COUNTY, PA
CIVIL DIVISION
10TH JUDICIAL DISTRICT**

**CASE NUMBER**
AD-2022-10744

## CERTIFICATION

**I hereby certify:**

RULE 236 NOTICE THE PROTHONOTARY OF BUTLER COUNTY, PENNSYLVANIA HEREBY
CERTIFIES THAT A COPY OF THE FOREGOING ORDER WAS MAILED TO: GELACEK LEGAL
SERVICES LLC; MELONIE L KOTCHEY (2 ADDRESSES); KENNETH JAMES SCHULTZ JR (2
ADDRESSES); SHERIFF (2 CERT COPIES) ON 9/30/22, BY FIRST CLASS MAIL, POSTAGE
PREPAID.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and official seal of the Said Court,
this September 30, 2022.

**Attorney for the Plaintiff**
GELACEK LEGAL SERVICES, LLC
310 GRANT STREET
SUITE 2901
PITTSBURGH, PA 15219

_____
Kelly Ferrari
Butler County Prothonotary

**Attorney for the Defendant**