# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 5/22/2024 |
| Case: 23−21906−GLT | Form ID: 318 | Total: 68 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Syndikos Investments, LLC
cr          JPMORGAN CHASE BANK, N.A.

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
aty         Alyk L Oflazian            amps@manleydeas.com
aty         Gordon S. Young            gyoung@silvermanthompson.com
aty         Keri P. Ebeck              kebeck@bernsteinlaw.com
aty         Robert Shearer             rshearer@raslg.com
aty         Ronald B. Roteman          rroteman@stonecipherlaw.com
aty         Ryan J Cooney              rcooney@cooneylawyers.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Melonie L. Kotchey         27 Ann Street         Pittsburgh, PA 15223
tr          Rosemary C. Crawford       Crawford McDonald, LLC.      P.O. Box 355        Allison Park, PA 15101
cr          Duquesne Light Company     c/o Bernstein−Burkley, P.C.      601 Grant Street, 9th Floor        Pittsburgh, PA 15219
cr          American Express National Bank, c/o Zwicker & Associate, P.C.        80 Minuteman Road        P.O. Box 9043        Andover, MA 01810−1041
cr          EBF Holdings, LLC d/b/a Everest Business Funding        c/o Gordon S. Young, Esq        Silverman, Thompson, Slutkin & White LLC        400 East Pratt Street, Suite 900        Baltimore, MD 21202
aty         Ronald Roteman            Stonecipher Law Firm         125 First Avenue         Pittsburgh, PA 15222
cr          American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern, PA 19355−0701
cr          U.S. Bank National Association        Robertson, Anschutz, Schneid, Crane        13010 Morris Road, Suite 450        Alpharetta, GA 30004
aty         Rosemary C. Crawford       Crawford McDonald, LLC.      P.O. Box 355        Allison Park, PA 15101
smg         Pennsylvania Department of Revenue        Bankruptcy Division        P.O. Box 280946        Harrisburg, PA 17128−0946
smg         Pennsylvania Dept. of Revenue        Department 280946        P.O. Box 280946        ATTN: BANKRUPTCY DIVISION        Harrisburg, PA 17128−0946
15635159    AES/PNC Bank        PO Box 61047        Harrisburg, PA 17106
15635160    AKF Inc., d/b/a Fundkite        AKF Inc. d/b/a Fundkite        88 Pine St., Suite 2450        New York, NY 10005
15635164    AMEX/CITIBANK, N.A.        PO Box 8218        Mason, OH 45040
15635162    American Express        PO Box 1270        Newark , NJ 07101
15635161    American Express        PO Box 981537        El Paso, TX 79998
15635163    American Express National Bank        P.O. Box 30384        Salt Lake City, UT 84130
15682225    American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
15635165    Apple Card − GS Bank USA        11850 S Election Road        Draper, UT 84020
15635166    Ariel Bouskila        Berkovitch & Bouskila, PLLC        80 Broad Street, Suite 3303        New York, NY 10004
15635167    Barclays Bank Delaware        PO Box 8803        Wilmington, DE 19899
15635168    Best Buy/CBNA        5800 South Corporate Plac        Sioux Falls, SD 57108
15635169    Bryan Doner        220 South Main Street Suite 105        Butler, PA 16001
15635170    Capital One        PO Box 31293        Salt Lake City, UT 84131
15635171    Citicards CBNA        5800 South Corporate Place        Sioux Falls, SD 57108
15635172    Comenity Bank/JCREWINC        3095 Loyalty Circle , Building A        Columbus, OH 43219
15635173    Comenity Bank/VCTRSSEC        3095 Loyalty Circle, Building A        Columbus, OH 43219
15635174    Comenity Capital Bank/Over        3095 Loyalty Circle, Building A        Columbus, OH 43219
15635175    Discover Bank        PO Box 30939        Salt Lake City, UT 84130
15635176    Everest Business Funding        EBF Holdings, LLC d/b/a Everest Business        5 West 37th Street, 2nd Floor        New York, NY 10018
15649812    FFB Bank f/k/a Fresno First Bank        7690 North Palm Avenue        Fresno, CA 93711
15635177    First Commonwealth Bank        601 Philadelphia St., Indiana, PA 15701        Indiana, PA 15701
15635178    Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101
15635179    JPMCB Auto Finance        700 Kansas Lane        Monroe, LA 71203
15635180    JPMCB Card Services        PO Box 15269        Wilmington, DE 19850
15635181    JPMCB Card Services        PO Box 15369        Wilmington, DE 19850
15635182    Kenneth Schultz        27 Ann Street        Pittsburgh, PA 15223
15635183    Oleg A. Mastechkin        Mastechkin Law Group. P.C.        1733 Sheepshead Bay Road, Suite 29        Brooklyn, NY 11235
15636864    PA Department of Revenue        Bankruptcy Division        PO Box 280946        Harrisburg, PA 17110−0946
15635185    PSECU        PO Box 67013        Harrisburg, PA 17106

| | | | |
|---|---|---|---|
| 15635184 | Pennsylvania Department of Revenue | Department of Compliance | Lien Section PO Box 280948    Harrisburg, PA 17128 |
| 15635186 | Rausch Sturm LLP | 250 North Sunnyside Road Suite 300 | Brookfield, WI 53005 |
| 15635187 | SYNCB/Amazon PLCC | PO Box 71737 | Philadelphia, PA 71737 |
| 15635188 | SYNCB/Care Credit | PO Box 965036 | Orlando, FL 32896 |
| 15635189 | SYNCB/Home DSN OUTDR LIV | PO Box 965036 | Orlando, FL 32896 |
| 15635190 | SYNCB/Lowes | PO Box 965005 | Orlando, FL 32896 |
| 15635191 | SYNCB/Value City Furniture | PO Box 965036 | Orlando, FL 32896 |
| 15635192 | Syndikos Investments LLC | 220 South Main Street Suite 105 | Butler, PA 16001 |
| 15635193 | Syndikos LLC | 220 South Main Street Suite 105 | Butler, PA 16001 |
| 15635194 | The Home Depot/CBNA | 5800 South Corporate Place | Sioux Falls, SD 57108 |
| 15635195 | Transworld Systems Inc. | PO Box 15130 | Wilmington, DE 19850–3128 |
| 15635197 | Treasure Health LLC | 27 Ann Street | Chambersville, PA 15723 |
| 15635196 | Treasure Health LLC | 27 Ann Street | Pittsburgh, PA 15223 |
| 15635198 | US Bank | CB Disputes PO Box 108 | Saint Louis, MO 63166 |
| 15635199 | US Bank Home Mortgage | PO Box 21977 | Saint Paul, MN 55121 |
| 15635202 | WF/Preferred Customer Account | PO Box 14517 | Des Moines, IA 50306 |
| 15635200 | Wells Fargo Bank, N.A. | Wells Fargo Card Services P.O. Box 10347 | Des Moines, IA 50306 |
| 15635201 | Wells Fargo Card Service | PO Box 14517 | Des Moines, IA 50306 |
| 15635203 | Zachary P. Galacek | Galacek Legal Services, LLC | 310 Grant Street, Suite 2901    Pittsburgh, PA 15219 |

TOTAL: 59