**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Melonie L. Kotchey**
    Debtor(s)

Bankruptcy Case No.: 23–21906–GLT

Chapter: 7

## <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 6, 2024

<u>Gregory L Taddonio</u>
United States Bankruptcy Judge