# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 6/6/2024 |
| Case: 23–21906–GLT | Form ID: 129 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Rosemary C. Crawford | crawfordmcdonald@aol.com |
| aty | Rosemary C. Crawford | crawfordmcdonald@aol.com |
| aty | Ryan J Cooney | rcooney@cooneylawyers.com |

TOTAL: 3